IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARRY, INC.,
FRANK HANNAN ROCK,
MATTHEW LUTZ, SHAWN WINRICH,
STEVE JENSEN and PAUL FISHER,

        Case No.: 11-CV-512-BBC

    Plaintiffs,

  v.

CITY OF MADISON, WISCONSIN,
JASON RAMIREZ, BERNIE GONZALEZ,
HARRISON ZANDERS, COLLEEN MICHELSON,
HEATHER DZICK and THOMAS HELGREN,

    Defendants.

## STIPULATION AND ORDER FOR DISMISSAL
## OF DEFENDANT HEATHER DZICK

### STIPULATION

The parties hereto, by their attorneys, hereby stipulate and agree that all claims against defendant Heather Dzick may be dismissed without prejudice, without further notice, and without costs to any party.

DATED: September 9, 2011.

                                      */s/ John R. Monroe*
                                      John R. Monroe
                                      Attorney for Plaintiffs

BOARDMAN, SUHR, CURRY & FIELD LLP
By

*/s/ Catherine M. Rottier*
Catherine M. Rottier, #1016342
Attorneys for Defendants City of Madison,
Wisconsin, Jason Ramirez, Bernie Gonzalez,
Harrison Zanders, Colleen Michelson,
Heather Dzick and Thomas Helgren

## **ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims against defendant Heather Dzick are dismissed without prejudice, without further notice, and without costs to any party. Defendant Dzick is hereby dismissed as a party to this case.

DATED: _____, 2011.

BY THE COURT:

_____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

      john.monroe1@earthlink.net


      */s/ Catherine M. Rottier*
      Catherine M. Rottier, #1016342