IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY, INC.,
FRANK HANNAN ROCK,
MATTHEW LUTZ,
SHAWN WINRICH,
STEVEN JENSEN, and PAUL FISHER,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-512-bbc

    Plaintiffs,

v.

CITY OF MADISON, WISCONSIN,
JASON RAMIREZ,
BERNIE GONZALEZ,
HARRISON ZANDERS,
COLLEEN MICHELSON and
THOMAS HELGREN ,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs in the amount of $10,000.00 including costs and attorney's fees.

_____     \_\_12/22/11_____
Peter Oppeneer, Clerk of Court                              Date